**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-6450**

WILLIE J. HARRISON,

Plaintiff - Appellant,

versus

RICKIE HARRISON; MIKE WILLIAMS, Lieutenant,
Horticulture Supervisor of Kershaw Correc-
tional Institution; MS. WEISS, Grievance
Coordinator,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  G. Ross Anderson, Jr., District
Judge.  (CA-00-1042-7)

Submitted:  July 26, 2001                Decided:  July 31, 2001

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willie J. Harrison, Appellant Pro Se.  Terry B. Millar, TERRY B.
MILLAR, L.L.C., Rock Hill, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie J. Harrison appeals from the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm the district court's order granting summary judgment in favor of Defendants. <u>See</u> 42 U.S.C.A. § 1997e(e) (West Supp. 2000); <u>Carter v. Morris</u>, 164 F.3d 215, 219 n.3 (4th Cir. 1999); <u>Adams v. Rice</u>, 40 F.3d 72, 75 (4th Cir. 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>